UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------x

**BERNADETTE RUGGIERO,**

          Plaintiff,

      v.                                 Civ. No. 04-11561 RCL

**UNUM LIFE INSURANCE COMPANY OF AMERICA,**

          Defendant.

-----------------------------------------------------x

### CERTIFICATION OF PLAINTIFF

Plaintiff, BERNADETTER RUGGIERO, and her undersigned counsel, in accordance with Local Rule 16.1, certify that they have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course–and various alternative courses–of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiff,

7-13-04
Dated

By: *Bernadette Ruggiero*
BERNADETTE RUGGIERO

LAW OFFICE OF
STEPHEN L. RAYMOND, ESQ.
Attorney for Plaintiff

7/20/04
Dated

By: *Stephen L. Raymond*
Stephen L. Raymond
3 Washington Square, Ste. 206
Haverhill, MA 01830
(978) 372-6590
BBO #567753