UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 OCT 15  A 9: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BERNADETTE RUGGIERO,<br><br>  Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br><br>  Defendant | Civil Action No. 04-11561 RCL |

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

## MOTION TO ADMIT ATTORNEY GERALDINE G. SANCHEZ *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

(1) Defendant Unum Life Insurance Company of America ("Unum") seeks to have Attorney Geraldine G. Sanchez appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to Local Rule 83.5.3.

(2) I, John J. Aromando, am a member of the bar of this Court and have entered an appearance for Defendant Unum in this case. I am a partner in the law firm of Pierce Atwood LLP.

(3) I am actively associated with Attorney Geraldine G. Sanchez, who is a partner at Pierce Atwood LLP.

(4) Accompanying this Motion is a Certificate by Geraldine G. Sanchez certifying that she meets the requirements specified in Local Rule 83.5.3.

(5) No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

{W0282799.1}

WHEREFORE, I hereby move that Geraldine G. Sanchez be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

DATED: October 14, 2004

John J. Aromando, BBO # 545648
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

{W0282799.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via overnight delivery, addressed as follows:

> Stephen L. Raymond, Esq.
> 3 Washington Square, Suite 206
> Haverhill, MA  01830

DATED: October 14, 2004

John J. Aromando, BBO #545648

{W0282876.1}