FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 OCT 15  A 9:10

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| BERNADETTE RUGGIERO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 04-11561 RCL |
| v. | ) | |
| | ) | |
| UNUM LIFE INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Unum Life Insurance Company of America has not issued shares to the public nor has its subsidiaries or affiliates. UnumProvident Corporation, its parent company, has issued shares to the public.

DATED: October 14, 2004

_____
John J. Aromando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100

Attorney for Defendant
Unum Life Insurance Company of America

{W0282972.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via overnight delivery, addressed as follows:

>Stephen L. Raymond, Esq.
>3 Washington Square, Suite 206
>Haverhill, MA 01830

DATED: October 14, 2004

John J. Aromando, BBO #545648

{W0282972.1}