UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 15 A 9:10

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BERNADETTE RUGGIERO,<br><br>Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br><br>Defendant | )<br>)<br>)<br>)<br>) Civil Action No. 04-11561 RCL<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendant Unum Life Insurance Company of America moves for an extension of the time within which it must serve its response to Plaintiff's Complaint, to and including November 8, 2004.

Counsel for Plaintiff assents to this enlargement of time, and this extension should not interfere with the trial schedule of the matter.

WHEREFORE, Defendant respectfully requests an enlargement of time to November 8, 2004, within which to respond to Plaintiff's Complaint.

DATED: October 14, 2004

John J. Aromando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

Attorney for Defendant
Unum Life Insurance Company of America

{W0282875 1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via overnight delivery, addressed as follows:

> Stephen L. Raymond, Esq.
> 3 Washington Square, Suite 206
> Haverhill, MA 01830

DATED: October 14, 2004

John J. Aromando, BBO #545648

{W0282875.1}