UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BERNADETTE RUGGIERO,<br>Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br>Defendant | ) ) ) ) ) ) ) ) ) ) | Civil Action  No.  04-11561-RCL |

## ORDER FOR SANCTIONS

Stephen L. Raymond, Esq., and Geraldine G. Sanchez, Esquire, counsel for the

respective parties in this case, are hereby ordered and directed to pay to the clerk of this

court, on or before December 30, 2004, $150.00 each, by way of a sanction for failure to

comply with the court's Scheduling Order entered on November 16, 2004.


/s/ REGINALD C. LINDSAY
United States District Judge


DATED:  December 16, 2004